**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ROBERT MARTIN,**

    **Plaintiff,**

  v.

    Case No. 2:20-cv-5599
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Chelsey M. Vascura

**JOHN JANE DOE PCI,** *et al.*,

    **Defendants.**

## ORDER

On May 24, 2021, this Court denied Plaintiff's Motion for Leave to Proceed in forma pauperis and ordered Plaintiff to pay the full filing fee within thirty days. (ECF No. 10.) Over thirty days have passed and Plaintiff has not paid the filing fee. Therefore, the Court **DISMISSES** this action. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith. The Clerk is directed to close this case.

    **IT IS SO ORDERED.**

**6/29/2021**                                           **s/Edmund A. Sargus, Jr.**
**DATE**                                               **EDMUND A. SARGUS, JR.**
                                                          **UNITED STATES DISTRICT JUDGE**